
RECEIVED
USDC WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 8/27/08

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| DALE MILLER | CIVIL ACTION NO. 07-0798 |
| VERSUS | JUDGE HAIK |
| WARDEN BURL CAIN | MAGISTRATE JUDGE METHVIN |

### JUDGMENT

This matter was referred to the magistrate judge for Report and Recommendation. After an independent review of the record, the applicable jurisprudence, and the objections filed by the parties, this Court concludes that the Report and Recommendation of the magistrate judge is correct and this Court adopts the conclusions set forth therein.

Accordingly, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Dale Miller's petition for writ of *habeas corpus* relief under 28 U.S.C. §2254 is **DENIED AND DISMISSED WITH PREJUDICE**.

Lafayette, Louisiana this 26th day of August, 2008.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE