

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| DALE MILLER | CIVIL ACTION NO. 6:07CV798 |
| VERSUS | JUDGE HAIK |
| WARDEN, LSP | MAGISTRATE JUDGE METHVIN |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

**X** The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right.

Signed at Lafayette, Louisiana, this 23rd Day of September, 2008.

Richard T. Haik, Sr.
UNITED STATES DISTRICT JUDGE